**Order entered December 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00997-CV

### HOWARD MINTZ, M.D., Appellant

### V.

### JULYE NESBITT CAREW, M.D., P.A., MICHELLE CHESNUT, M.D., P.A., AND MICHELLE CHESTNUT, M.D., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08087**

## ORDER

Before the Court is appellant's December 19, 2016 unopposed second motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 12, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/     CRAIG STODDART
        JUSTICE